In the Matter of the Application of The City of New York, Relative to Acquiring Title to the Elevated Railroad Structures, Tracks, Stations, Platforms, Stairways and Appurtenances of the Manhattan Railway Company, or by Whomsoever Owned, in East Forty-second Street, Constituting the Existing Forty-second Street Spur, in the Borough of Manhattan, City of New York, and Also to Acquire the Right to Extinguish All Rights, Easements and Franchises of Every Nature Whatsoever of Said Manhattan Railway Company or by Whomsoever Owned, to Construct, Maintain and Use Said Elevated Railroad Structures, Tracks, Stations, Platforms, Stairways and Appurtenances.— Motions for leave to appeal to the Court of Appeals granted. Settle orders on notice. Present — Finch, P. J., Merrell, Sherman and Townley, JJ. [See 238 App. Div. 832; ante, p. 780.]

The People of the State of New York, Respondent, v. James Edward Greenidge, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Central Auto Renting Corporation, Respondent, v. Commercial Credit Corporation of Baltimore, Appellant, Impleaded with Another.*— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Samuel Kahan and Others, as Executors, etc., of Hyman B. Rubin, Deceased, and Max Fishel, Respondents, v. Ira A. Schiller, Appellant, Impleaded with Manufacturers Trust Company and Joseph A. Broderick, as Superintendent of Banks in Charge of the American Union Bank in Liquidation, Respondents.— Order affirmed, with twenty dollars costs and disbursements to the plaintiff, respondents, with leave to the defendant Ira A. Schiller to amend the first, second and sixth defenses within ten days from service of order upon payment of said costs and ten dollars costs awarded at Special Term. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Walter Winchester Cox and Others, Appellants, Respondents, v. The City of New York, Respondent, and The New York Central Railroad Company, Appellant, Respondent.— Judgment in favor of defendant The City of New York affirmed, with costs to said defendant against the plaintiffs; and judgment in favor of plaintiffs against defendant New York Central Railroad Company modified by reducing the amount thereof to $1,150 for extinguishment of easements together with costs as taxed, and as so modified affirmed, with costs to said defendant against the plaintiffs. No opinion. The findings inconsistent with this determination should be reversed and such new findings made of facts proved upon the trial as are necessary to sustain the judgment hereby awarded. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Thomas McKiniry, as Receiver of the Property of Arthur L. Peirson and Others, Respondent, v. Lloyds First Mortgage Company and Others, Defendants, Impleaded with Weinstein & Levinson, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to defendants Weinstein & Levinson to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The Trenton Banking Company, Respondent, v. Bank of Manhattan

* Appeal dismissed, 262 N. Y. 632.